UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA         :

     - v. -                   :   INDICTMENT

                                :   07 Cr.

RICHARD CHAVERS,                 :
   a/k/a "Richie,"               :

     Defendant.                 :
- - - - - - - - - - - - - - - - - -x



COUNT ONE

     The Grand Jury charges:

     1.   From at least in or about 2003 up to and including in or about May 2005, in the Southern District of New York and elsewhere, RICHARD CHAVERS, a/k/a "Richie," the defendant, and others known and unknown, unlawfully, intentionally and knowingly, did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

     2.   It was a part and an object of the conspiracy that RICHARD CHAVERS, a/k/a "Richie," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 50 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

3. It was further a part and an object of the conspiracy that RICHARD CHAVERS, a/k/a "Richie," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 500 grams and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(B).

<u>Overt Acts</u>

4. In furtherance of the conspiracy, and to effect the illegal objects thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

  a. In or about March 2005, RICHARD CHAVERS, a/k/a "Richie," the defendant, traveled to New York, New York, to purchase cocaine from a co-conspirator not named as a defendant herein ("CC-1").

  b. On or about March 16, 2005, the defendant spoke by phone with CC-1 about purchasing crack cocaine in New York, New York.

(Title 21, United States Code, Section 846.)

## FORFEITURE ALLEGATIONS

5.  As a result of committing the controlled substance offense alleged in Count One of this Indictment, RICHARD CHAVERS, a/k/a "Richie," the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the violation alleged in Counts One of this Indictment, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the said violations, including but not limited to the following:

    a.  A sum of money in United States currency representing the amount of all proceeds obtained as a result of the controlled substance offense alleged in Counts One of this Indictment.

### Substitute Asset Provision

6.  If any of the above-described forfeitable property, as a result of any act or omission of the said defendant:

    (1)  cannot be located upon the exercise of due diligence;

    (2)  has been transferred or sold to, or deposited with, a third person;

    (3)  has been placed beyond the jurisdiction of the Court;

  (4) has been substantially diminished in value; or

  (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1) and 853.)

_____
Foreperson

_____
MICHAEL J. GARCIA
United States Attorney