```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
UNITED STATES OF AMERICA            :
                                    :    07 CR. 950 (VM)
        - against -                 :
                                    :    ORDER
                                    :
RICHARD CHAVERS,                    :
                                    :
                Defendant.          :
------------------------------------X
```

**VICTOR MARRERO**, United States District Judge.

The Government (see attached letter) requests that the conference for defendant scheduled for February 15, 2008 be adjourned until March 14, 2008. The next conference is scheduled for Friday, March 14, 2008 at 2:45 p.m.

All parties to this action consent to an exclusion of the adjourned time from the Speedy Trial Act until March 14, 2008.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

**SO ORDERED:**

Dated:    New York, New York
          15 February 2008

                                       Victor Marrero
                                       U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 14, 2008

**BY HAND AND FAX**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States* v. *Richard Chavers*
           07 Cr. 950 (VM)

Dear Judge Marrero:

    I am writing to seek to adjourn a pre-trial conference and to exclude time in the above-referenced case. At a pre-trial conference on December 21, 2007, Your Honor set a pre-trial conference for February 15, 2008 at 3:45 pm. Defense counsel and I have been discussing a potential pre-trial disposition of this case, and would request an adjournment in order to continue those discussions, as well as for defense counsel to continue reviewing discovery.

    After speaking with Chambers and defense counsel about available dates, the Government proposes an adjournment until March 14, 2008 at 2:45 pm. Additionally, the Government respectfully requests that time be excluded until March 14, 2008 under the Speedy Trial Act, Title 18, United States Code, Section 3161, *et seq.* so that the parties may continue to discuss disposition, the defendant and defense counsel may continue to review discovery and the defendant may consider pre-trial motions.

Hon. Victor Marrero
February 14, 2008
Page 2 of 2

    I have spoken with defense counsel, who has consented to the adjournment and exclusion of time.

                                         Respectfully submitted,

                                         MICHAEL J. GARCIA
                                         United States Attorney

                         By:    [signature]

                                         Michael D. Maimin
                                         Assistant United States Attorney
                                         Southern District of New York
                                         (212) 637-2238

cc: Andrew Patel, Esq.