```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
UNITED STATES OF AMERICA            :
                                    :    07 CR. 950 (VM)
                                    :
      - against -                   :    ORDER
                                    :
                                    :
                                    :
RICHARD CHAVERS,                    :
                                    :
            Defendant.              :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The defendant (see attached letter) requests that the conference scheduled for March 14, 2008 be adjourned for two to three weeks. The next conference is scheduled for Friday, April 4, 2008 at 4:30 p.m.

All parties to this action consent to an exclusion of the adjourned time from the Speedy Trial Act until April 4, 2008.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

**SO ORDERED:**

Dated:   New York, New York
         13 March 2008

                                      Victor Marrero
                                      U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/08