```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :    07 CR. 950 (VM)
                                    :
       - against -                  :    ORDER
                                    :
                                    :
RICHARD CHAVERS,                    :
                                    :
            Defendant.              :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

    The Government (see attached letter) requests that the conference scheduled for May 30, 2008 be adjourned until June 27, 2008. The next conference is scheduled for Friday, June 27, 2008 at 4:30 p.m.

    All parties to this action consent to an exclusion of the adjourned time from the Speedy Trial Act until June 27, 2008.

    It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

**SO ORDERED:**

Dated:    New York, New York
            30 May 2008

                                      Victor Marrero
                                      U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-29-08
```



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 29, 2008

**BY HAND AND FAX**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

   Re: *United States v. Richard Chavers*
     **07 Cr. 950 (VM)**

Dear Judge Marrero:

  I am writing to seek to adjourn a pre-trial conference and to exclude time in the above-referenced case. Your Honor set a pre-trial conference for May 30, 2008, at 10:00 a.m. In the meantime, defense counsel and I have been discussing a potential pre-trial disposition of this case. Defense counsel has told me that he needs to speak with his client about developments in our discussions before we can determine the feasibility of a pre-trial disposition. Accordingly, the parties jointly request an adjournment of approximately one month in order to allow the parties to attempt to reach a pre-trial disposition of the case. I have spoken with Chambers, and understand that Your Honor is available for an adjourned conference on June 27, 2008. Additionally, the Government respectfully requests that time be excluded until June 27, 2008 under the Speedy Trial Act, Title 18, United States Code, Section 3161, *et seq.* so that the parties may continue to discuss disposition, the defendant and defense counsel may continue to review discovery and the defendant may consider pre-trial motions.

Hon. Victor Marrero
May 29, 2008
Page 2 of 2

    I have spoken with defense counsel, who consents to the adjournment and exclusion of time.

                           Respectfully submitted,

                            MICHAEL J. GARCIA
                            United States Attorney

By:                            
                            Michael D. Maimin
                            Assistant United States Attorney
                            Southern District of New York
                            (212) 637-2238

cc: Andrew Patel, Esq. (by fax)