**Andrew G. Patel**
Attorney-at-Law
The Trinity Building
111 Broadway, 13th Floor
New York, New York 10006
Telephone 212-349-0230                                                                 Fax 212-346-4665

**By U.S. Mail**

August 13, 2008

The Honorable Victor Marrero
United State District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 8-25-08

              Re:     United States v. Richard Chavers
                      07 Cr. 950 (VM)

Dear Judge Marrero:

      This letter is respectfully submitted to request that new counsel be assigned to Mr. Chavers. The most essential element of an attorney-client relationship is trust. I regretfully make this request because it has become evident to me that Mr. Chavers does not trust the advice that I have provided to him.

      I am Mr. Chavers second appointed counsel. Mr. Chavers first attorney admitted that his representation of Mr. Chavers was less than ideal and that was through no fault of Mr. Chavers. I have found Mr. Chavers to be an intelligent and diligent man. He has spent many hours in the law library working on his case. Mr. Chavers has raised many legal questions. Many of the legal issues that Mr. Chavers raised have not withstood careful legal analysis. This has put me in the unfortunate position of repeatedly explaining why a facially attractive legal concept might not hold as much promise as Mr. Chavers had hoped.

      His bad experience with prior counsel and the stream of bad news that I have provided appears to have resulted in distrust between us which is real – although unjustified. I believe that a new attorney would better serve Mr. Chavers because the government has tendered to him what I believe to be an attractive resolution of the case. However, because Mr. Chavers cannot see beyond his distrust of me he is unable to properly evaluate the opportunity presented to him. A new attorney, without the "baggage" of distrust between us may be able to better communicate with my client to allow him to make a reasoned, intelligent decision.

> Request GRANTED. A status conference herein is scheduled for 8-29-08 at 10:45 a.m. to address the matter described above by counsel for defendant Richard Chavers
>
> SO ORDERED.
> 8-24-08
> DATE       VICTOR MARRERO, U.S.D.J.

Respectfully submitted,

Andrew G. Patel, Esq.

cc:    Michael Maimin
        Assistant United States Attorney (By U.S. Mail)

        Richard Chavers (By U.S. Mail)